IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ERIKA LEYVA, | No. C 10-01328 CRB |
| Plaintiff, | **ORDER OF DISMISSAL FOR FAILURE TO PROSECUTE** |
| v. | |
| CAROLINA C. RYNDA, | |
| Defendant. | |

This matter came before the Court for a Case Management Conference on July 22, 2011. Plaintiff did not submit a Case Management Conference Statement or appear at the conference. Accordingly, this matter is DISMISSED for failure to prosecute pursuant to Federal Rule 41(b).

**IT IS SO ORDERED.**

Dated: July 25, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\1328\Order of dismissal for failure to prosecute.wpd